**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS ANS ST. JOHN**

In Re Jury Summons of Julien Smith, Jr. ) **3:13-MC-00045**

# ORDER TO SHOW CAUSE

THIS MATTER is before the Court as a result of Julien Smith, Jr.'s failure for jury service on **April 2, 2013**, after being summoned to so appear.

United States Code Title 28, Section 1866, provides that: "Any person summoned for jury service who fails to appear as directed may be ordered by the district court to appear forthwith and show cause for failure to comply with the summons. Any person who fails to show good cause for noncompliance with a summons may be fined not more than $1,000, imprisoned not more than three days, ordered to perform community service, or any combination thereof."

UPON CONSIDERATION of the foregoing, it is hereby

**ORDERED** that Julien Smith, Jr. appear before the undersigned District Judge in Courtroom 1, in the District Court of the Virgin Islands, located at 5500 Veterans Drive, St. Thomas, Virgin Islands, 00802, on **Friday, April 19, 2013, at 2:30 p.m.** to show cause for failure to comply with the jury summons.

**SO ORDERED**.

Date: April 4, 2013

/s/
**CURTIS V. GÓMEZ**
**Chief Judge**